# Holland+Knight

Tel  415 743 6900
Fax  415 743 6910

Holland & Knight LLP
50 California Street, Suite 2800
San Francisco, CA 94111
www.hklaw.com

July 1, 2005

**Chung-Han Lee**
415 743 6995
chung.lee@hklaw.com

**VIA E-FILING**

The Honorable Phyllis J. Hamilton
United States District Court
 for the Northern District of California
Clerk's Office, 16th Floor
450 Golden Gate Avenue
San Francisco, California 94102

> Re:   *Bay Area Cellular Telephone Company d/b/a AT&T Wireless v. City and County of San Francisco, et al.,* Case No. 03-cv-04866 (PJH-EDL)

Dear Judge Hamilton:

I am writing to respectfully request that the case management conference currently scheduled for July 7, 2005 at 2:30 p.m. be taken off calendar.  The upcoming case management conference was originally scheduled pursuant to your January 6, 2005 Order Extending Certain Pretrial Deadlines or, in the Alternative, Staying Further Proceedings in this Matter.  In that Order, you had set the July 7, 2005 case management conference if plaintiff filed its Second Amended Complaint and defendants filed an administrative proceeding with the California Public Utilities Commission which would have stayed this case pursuant to your Order.  Plaintiff did not file a supplemental complaint, and thus, it was the parties' understanding that the July 7, 2005 case management conference would be taken off calendar.

I have conferred with opposing counsel, Mr. William Sanders, and we both agree that the case management conference should be taken off calendar given the current status of discovery and in light of the procedural history.

Please feel free to call me if you have any questions or concerns.

Sincerely,

HOLLAND & KNIGHT LLP

Chung-Han Lee

IT IS SO ORDERED
Judge Phyllis J. Hamilton

cc:    William K. Sanders, Esq. (via e-filing)

CMC VACATED