United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BAY AREA CELLULAR TELEPHONE
COMPANY *dba* AT&T WIRELESS,

      Plaintiff

  v.

CITY & COUNTY OF SAN FRANCISCO,
et al.,

      Defendants.
_____/

No. C-03-04866 PJH (EDL)

NOTICE OF CONTINUANCE
OF SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for April 19, 2006 in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued until **June 8, 2006 at 9:00 a.m**.

On or before May 30, 2006, the parties shall deliver directly to the Magistrate Judge a Confidential Settlement Conference Statement which shall not be filed with the Clerk of the Court or served upon the parties. All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: April 12, 2006

                                                       *Elizabeth D. Laporte*
                                                     ELIZABETH D. LAPORTE
                                                     United States Magistrate Judge