**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BAY AREA CELLULAR TELEPHONE
COMPANY *dba* AT&T WIRELESS,

    Plaintiff,

    v.

CITY & COUNTY OF SAN FRANCISCO,
et al.,

    Defendants.
_____/

No. C-03-04866 PJH (EDL)

NOTICE OF CONTINUANCE
OF SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for June 8, 2006 in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued until June 21, 2006 at 9:30 a.m.

The parties shall submit Supplemental Settlement Conference Statements no later than June 15, 2006. Statements shall address any ruling by Judge Hamilton in relation to the matter of Metro PCS, Inc. v. City and County of San Francisco (C02-3442). Defendant shall have present a high level planning departmental staff member or official to evaluate any potential settlement in addition to the Deputy City Attorney. All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: June 2, 2006

                                                  *Elizabeth D. Laporte*
                                                ELIZABETH D. LAPORTE
                                                United States Magistrate Judge