UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BAY AREA CELLULAR TELEPHONE
COMPANY *dba* AT&T WIRELESS,

    Plaintiff,

    v.

CITY & COUNTY OF SAN FRANCISCO, et al.,

    Defendants.
_____/

No. C-03-04866 PJH (EDL)

NOTICE OF CONTINUANCE
OF SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for June 21, 2006 in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued until June 29, 2006 at 1:30 p.m.

Defendant shall have present a high level planning departmental staff member or official to evaluate any potential settlement in addition to the Deputy City Attorney. All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: June 20, 2006

                                                        *Elizabeth D. Laporte*
                                                      ELIZABETH D. LAPORTE
                                                      United States Magistrate Judge

United States District Court
For the Northern District of California