IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAY AREA CELLULAR TELEPHONE COMPANY, | No. C-03-04866 PJH (EDL) |
| Plaintiff, | **ORDER FOLLOWING SETTLEMENT CONFERENCE** |
| v. | |
| THE CITY & COUNTY OF SAN FRANCISCO, et al., | |
| Defendants. | |

    Following the Settlement Conference held on June 29, 2006, the parties will continue to explore settlement. Because defendant's representative Larry Badiner was unable to attend due to an emergency, the City Attorney's office will arrange a meeting of him with defendants as soon as possible, with the expectation that the meeting will take place during the week of July 3, 2006. The Deputy City Attorney will also respond within two weeks, and sooner if possible, about its ability to arrange a meeting between the supervisor in the district where the antenna is proposed and with defendants regarding their proposal.

    The parties shall submit letters updating this Court on their settlement discussions by close

1  of business on July 19, 2006. The letters may be submitted via facsimile to (415) 522-2002. The
2  letter updates shall be confidential unless the parties wish to submit a joint update or exchange
3  separate updates.

**IT IS SO ORDERED.**

Dated: June 30, 2006

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge