Chung-Han Lee (SBN 231950)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910

Attorneys for Plaintiff AT&T WIRELESS

Dennis J. Herrera, City Attorney (SBN 139669)
William K. Sanders, Deputy City Attorney (SBN 154156)
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone: (415) 554-6771
Facsimile: (415) 554-4757

Attorney for Defendants CITY AND COUNTY OF
SAN FRANCISCO and THE BOARD OF SUPERVISORS
OF THE CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BAY AREA CELLULAR TELEPHONE COMPANY, A CALIFORNIA PARTNERSHIP, D/B/A AT&T WIRELESS,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA, THE BOARD OF SUPERVISORS OF THE CITY AND COUNTY OF SAN FRANCISCO, and MATT GONZALEZ, TOM AMMIANO, CHRIS DALY, BEVAN DUFTY, SEAN ELSBERND, FIONA MA, SOPHIE MAXWELL, JACK MCGOLDRICK, MICHELA ALIOTO-PIER, AARON PESKIN, AND GERARDO SANDOVAL, EACH IN HIS OR HER OFFICIAL CAPACITY AS A MEMBER OF THE BOARD OF SUPERVISORS,<br><br>Defendants. | No. 03-CV-04866 (PJH/EDL)<br><br>**STIPULATED REQUEST FOR ORDER CONTINUING TRIAL DATE AND [P~~ROPOSED~~] ORDER** |

1. This case is currently set for trial on August 14, 2006. The parties have submitted pretrial materials, and a pretrial conference is set for July 27, 2006 at 2:30 p.m.

2. During the last several months, the parties have been engaged in significant settlement discussions. In May 2006, ATTW presented a settlement proposal for the City's consideration. After exchanging some initial comments regarding the settlement proposal, on June 29, 2006, the parties held a settlement conference before Magistrate Judge Laporte to further discuss the settlement proposal. Following the settlement conference, Magistrate Judge Laporte ordered the City to schedule a meeting with the City Zoning Administrator, Larry Badiner, to consider ATTW's settlement proposal, and to advise whether the City had any legal objections to ATTW meeting with Supervisor Jake McGoldrick, the Supervisor of the district in which the Proposed Facility is located, to discuss the settlement proposal (see Magistrate Judge Laporte's June 30, 2006 Order Following Settlement Conference).

3. On July 12, 2006, ATTW had a productive meeting with Mr. Badiner to discuss the settlement proposal. At that meeting, Mr. Badiner suggested some proposed changes to ATTW's proposal which ATTW has now incorporated. During that meeting, the parties also discussed the possibility of ATTW resubmitting its settlement proposal as a new conditional use permit application to the City Planning Department. Mr. Badiner indicated that if ATTW submitted the settlement proposal as a new conditional use permit application, the Planning Department would expedite treatment of said application.

4. On Thursday, July 20, 2006, ATTW held an initial meeting with Supervisor McGoldrick's legislative aide. Shortly thereafter on Monday, July 24, 2006, ATTW noticed and conducted a neighborhood meeting (as suggested by Magistrate Judge Laporte and as discussed with Supervisor McGoldrick's office) to elicit community comments on ATTW's settlement proposal. Both meetings were positive.

5. ATTW and the City now seek some additional time to continue to pursue settlement discussions or to allow ATTW to resubmit the settlement proposal as a new conditional use permit application. For purposes of a potential settlement, ATTW needs additional time to schedule a meeting with Supervisor McGoldrick to debrief him on the

STIPULATED REQUEST FOR ORDER
CONTINUING TRIAL DATE

Case No. 03-CV-04866 (PJH/EDL)

1 outcome of the community meeting and to discuss the possibility of settlement with the City
2 Attorney. Alternatively, ATTW needs additional time to resubmit its settlement proposal as a
3 new conditional use permit application with the Planning Department. The parties estimate that
4 an expedited conditional use permit application will take up to six months to be heard by the
5 Planning Commission.

6. The parties hope that one of the foregoing alternatives could result in a favorable outcome and avoid the need for a trial. Therefore, the parties now respectfully request that the Court continue the trial of this matter until the Court's next available trial date after February 2007. The parties further request that the Court stay all pending motions and pretrial orders to be determined at a later date to be set by the Court. Unless the Court orders otherwise, the parties will appear in Court on July 27, 2006 for the scheduled pretrial conference.

7. Pursuant to Local Rule 6-2, this Stipulated Request is accompanied by the Declaration of Chung-Han Lee filed concurrently hereto.

Dated: July 26, 2006                                         /s/
                                                    CHUNG-HAN LEE
                                                    Attorney for Plaintiff
                                                    AT&T WIRELESS


Dated: July 26, 2006                                         /s/
                                                    DENNIS J. HERRERA
                                                    City Attorney
                                                    WILLIAM K. SANDERS
                                                    Deputy City Attorney
                                                    Attorney for Defendants
                                                    CITY AND COUNTY OF SAN
                                                    FRANCISCO and THE BOARD OF
                                                    SUPERVISORS OF THE CITY AND
                                                    COUNTY OF SAN FRANCISCO

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**IT IS FURTHER ORDERED THAT:**

1. The trial of this matter will be stayed and continued until February 26, 2007, and a pretrial conference will be held on February 8, 2007 at 2:30 p.m.

2. The parties will advise the Court of the status of the settlement by a Joint Case Management Conference Statement to be submitted by _____.

Dated: July 27, 2006



_____
MILTON
Judge
Judge Phyllis J. Hamilton
IT IS SO ORDERED

# 3929355_v1

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900
Fax: (415) 743-6910