UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BAY AREA CELLULAR TELEPHONE CO.,

        Plaintiff(s),                         No. C 03-4866 PJH

   v.                                     **ORDER OF DISMISSAL**

CITY & COUNTY OF SAN FRANCISCO, et al.,

        Defendant(s).

_____/

Counsel for plaintiff having advised the court in writing that plaintiff intends to dismiss this action and the parties requesting that the matter be conditionally dismissed and the trial date vacated, IT IS HEREBY ORDERED that this cause of action is dismissed **without** prejudice.  Within sixty days, plaintiff may substitute a dismissal **with** prejudice or may show cause why this case should be restored to the court's docket.  The court notes, however, that the dismissal is NOT pursuant to a settlement of this dispute nor is it contingent on the granting of plaintiff's revised application for a conditional use permit.

The February 8, 2007 and February 26, 2007 pretrial and trial dates are VACATED.

SO ORDERED.

Dated:  January 17, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge